S T A T E M E N T

FLORIDA'S FINEST SEAFOOD CO.
3628 N.W. 16th STREET
PH: (954) 585-8100 FX: (954) 585-8200
LAUDERHILL, FL 33311

PRINT DATE: 02/18/09                                                              PAGE:    1

TO:  WHOLE FOODS MARKET-MAIN                                            CUSTOMER#: 28716
     6451 N FEDERAL HIGHWAY
     SUITE 101
     FT LAUDERDALE, FL  33308

| DATE | TERMS | PURCHASE ORDER | TRANS NO | TYP | AMOUNT | BALANCE | OVERDUE |
|---|---|---|---|---|---|---|---|
| 11/05/08 | 7 DAYS | FTLP 7365 | 51961 | Inv | 99.80 | 99.80 | 98 DAYS |
| 12/24/08 | 7 DAYS | SBE | 55244 | Inv | 1,999.41 | 1,999.41 | 49 DAYS |
| 12/30/08 | 7 DAYS | PCR | 55521 | Inv | 950.98 | 950.98 | 43 DAYS |
| 12/31/08 | 7 DAYS | SBE | 55644 | Inv | 1,568.33 | 1,568.33 | 42 DAYS |
| 01/14/09 | 7 DAYS | WPK | 56342 | Inv | 742.74 | 742.74 | 28 DAYS |
| 01/14/09 | 7 DAYS | JAC  27165 | 56363 | Inv | 349.50 | 349.50 | 28 DAYS |
| 01/15/09 | 7 DAYS | CGB | 56576 | Inv | 27.97 | 27.97 | 27 DAYS |
| 01/16/09 | 7 DAYS | TPA | 56505 | Inv | 1,546.40 | 1,546.40 | 26 DAYS |
| 01/17/09 | 7 DAYS | | 56728 | Cr | -125.35 | -125.35 | |
| 01/20/09 | 7 DAYS | TPA | 56774 | Inv | 829.44 | 829.44 | 22 DAYS |
| 01/20/09 | 7 DAYS | WLL | 56776 | Inv | 2,683.80 | 2,683.80 | 22 DAYS |
| 01/20/09 | 7 DAYS | WLL PREP#30119 | 56782 | Inv | 306.90 | 306.90 | 22 DAYS |
| 01/20/09 | 7 DAYS | TPA PREP | 56798 | Inv | 344.40 | 344.40 | 22 DAYS |
| 01/21/09 | 7 DAYS | BHL | 56785 | Inv | 5,089.98 | 5,089.98 | 21 DAYS |
| 01/21/09 | 7 DAYS | WPK | 56788 | Inv | 1,668.84 | 1,668.84 | 21 DAYS |
| 01/21/09 | 7 DAYS | BCA | 56797 | Inv | 22,790.82 | 22,790.82 | 21 DAYS |
| 01/21/09 | 7 DAYS | FTL#31040/31011 | 56800 | Inv | 13,485.07 | 13,485.07 | 21 DAYS |
| 01/21/09 | 7 DAYS | CGB | 56864 | Inv | 1,817.86 | 1,817.86 | 21 DAYS |
| 01/21/09 | 7 DAYS | CSP | 56865 | Inv | 1,451.99 | 1,451.99 | 21 DAYS |
| 01/21/09 | 7 DAYS | JAC PO30734 | 56866 | Inv | 2,307.60 | 2,307.60 | 21 DAYS |
| 01/21/09 | 7 DAYS | PCR | 56867 | Inv | 778.16 | 778.16 | 21 DAYS |
| 01/21/09 | 7 DAYS | NAP | 56868 | Inv | 2,327.60 | 2,327.60 | 21 DAYS |
| 01/21/09 | 7 DAYS | PGA | 56869 | Inv | 2,322.22 | 2,322.22 | 21 DAYS |
| 01/21/09 | 7 DAYS | SBE | 56870 | Inv | 609.56 | 609.56 | 21 DAYS |
| 01/21/09 | 7 DAYS | SAR | 56872 | Inv | 3,221.91 | 3,221.91 | 21 DAYS |
| 01/21/09 | 7 DAYS | TPA | 56873 | Inv | 1,508.65 | 1,508.65 | 21 DAYS |
| 01/21/09 | 7 DAYS | WLL | 56874 | Inv | 1,479.24 | 1,479.24 | 21 DAYS |
| 01/21/09 | 7 DAYS | BIS | 56879 | Inv | 4,266.47 | 4,266.47 | 21 DAYS |
| 01/21/09 | 7 DAYS | PLA | 56880 | Inv | 1,726.14 | 1,726.14 | 21 DAYS |
| 01/21/09 | 7 DAYS | BCA PREP | 56881 | Inv | 124.75 | 124.75 | 21 DAYS |
| 01/21/09 | 7 DAYS | BIS PREP | 56884 | Inv | 357.30 | 357.30 | 21 DAYS |
| 01/21/09 | 7 DAYS | FTL PREP#30778 | 56885 | Inv | 249.50 | 249.50 | 21 DAYS |
| 01/22/09 | 7 DAYS | WPK PREP | 56921 | Inv | 449.25 | 449.25 | 20 DAYS |
| 01/22/09 | 7 DAYS | FTL-PO#31413 | 56933 | Inv | 585.60 | 585.60 | 20 DAYS |
| 01/22/09 | 7 DAYS | BIS | 56934 | Inv | 8,769.10 | 8,769.10 | 20 DAYS |
| 01/22/09 | 7 DAYS | SBE | 56935 | Inv | 2,122.58 | 2,122.58 | 20 DAYS |
| 01/22/09 | 7 DAYS | CSPP | 56936 | Inv | 249.50 | 249.50 | 20 DAYS |
| 01/22/09 | 7 DAYS | NAP | 56937 | Inv | 361.77 | 361.77 | 20 DAYS |
| 01/22/09 | 7 DAYS | WPK | 56938 | Inv | 1,014.01 | 1,014.01 | 20 DAYS |
| 01/22/09 | 7 DAYS | BCA | 56939 | Inv | 2,272.27 | 2,272.27 | 20 DAYS |
| 01/22/09 | 7 DAYS | PGA | 56940 | Inv | 2,600.46 | 2,600.46 | 20 DAYS |
| 01/22/09 | 7 DAYS | CGB | 56942 | Inv | 1,769.28 | 1,769.28 | 20 DAYS |
| 01/22/09 | 7 DAYS | JAC-PO# 31325 | 56952 | Inv | 298.07 | 298.07 | 20 DAYS |
| 01/22/09 | 7 DAYS | BHL | 56963 | Inv | 700.56 | 700.56 | 20 DAYS |
| 01/22/09 | 7 DAYS | | 56979 | Inv | 218.12 | 218.12 | 20 DAYS |
| 01/22/09 | 7 DAYS | PLANT | 56984 | Inv | 3,535.99 | 3,535.99 | 20 DAYS |
| 01/23/09 | 7 DAYS | BCA | 57008 | Inv | 1,744.58 | 1,744.58 | 19 DAYS |
| 01/24/09 | 7 DAYS | BCA | 56795 | Inv | 2,010.24 | 2,010.24 | 18 DAYS |
| 01/24/09 | 7 DAYS | BHL | 57000 | Inv | 6,548.61 | 6,548.61 | 18 DAYS |

```
                        S T A T E M E N T

                    FLORIDA'S FINEST SEAFOOD CO.
                        3628 N.W. 16th STREET
                 PH: (954) 585-8100 FX: (954) 585-8200
                        LAUDERHILL, FL 33311


PRINT DATE: 02/18/09                                    PAGE:    2

TO:  WHOLE FOODS MARKET-MAIN                    CUSTOMER#: 28716
     6451 N FEDERAL HIGHWAY
     SUITE 101
     FT LAUDERDALE, FL  33308

DATE      TERMS           PURCHASE ORDER    TRANS NO  TYP AMOUNT       BALANCE        OVERDUE
-------   -------------   ---------------   --------  --- ----------   -------------  --------
01/24/09  7 DAYS          PGA               57060 Inv     1,327.19     1,327.19       18 DAYS
01/24/09  7 DAYS          BIS               57062 Inv     2,395.48     2,395.48       18 DAYS
01/24/09  7 DAYS          PLA               57063 Inv     2,837.19     2,837.19       18 DAYS
01/24/09  7 DAYS          WPK               57064 Inv     1,262.17     1,262.17       18 DAYS
01/24/09  7 DAYS          SAR               57069 Inv     1,852.82     1,852.82       18 DAYS
01/24/09  7 DAYS          BIS PREP          57070 Inv       860.45       860.45       18 DAYS
01/24/09  7 DAYS          WPK PREP          57074 Inv       349.90       349.90       18 DAYS
01/24/09  7 DAYS          JAC-              57079 Inv       921.93       921.93       18 DAYS
01/24/09  7 DAYS          CGB               57080 Inv     1,175.85     1,175.85       18 DAYS
01/24/09  7 DAYS          PGAP              57086 Inv       464.35       464.35       18 DAYS
01/24/09  7 DAYS          BCAP              57087 Inv       430.22       430.22       18 DAYS
01/24/09  7 DAYS          NAP               57095 Inv     2,175.59     2,175.59       18 DAYS
01/24/09  7 DAYS          PCR               57096 Inv       932.30       932.30       18 DAYS
01/24/09  7 DAYS          SBE               57098 Inv       489.86       489.86       18 DAYS
01/24/09  7 DAYS          WLL               57099 Inv     1,747.15     1,747.15       18 DAYS
01/24/09  7 DAYS          FLL               57131 Inv     1,453.62     1,453.62       18 DAYS
01/24/09  7 DAYS          CSP               57132 Inv       497.55       497.55       18 DAYS
01/24/09  7 DAYS          PLANT             57133 Inv       492.93       492.93       18 DAYS
01/24/09  7 DAYS          BCA               57134 Inv       988.95       988.95       18 DAYS
01/26/09  7 DAYS          PCRP              57138 Inv       374.25       374.25       16 DAYS
01/26/09  7 DAYS          NAP               57139 Inv       766.33       766.33       16 DAYS
01/26/09  7 DAYS          CGB               57142 Inv       424.02       424.02       16 DAYS
01/26/09  7 DAYS          BISP              57143 Inv     1,134.22     1,134.22       16 DAYS
01/26/09  7 DAYS          WLL-PO#32629      57146 Inv       212.43       212.43       16 DAYS
01/26/09  7 DAYS          JACP-PO#31457     57164 Inv       733.75       733.75       16 DAYS
01/26/09  7 DAYS          CSP               57165 Inv       303.74       303.74       16 DAYS
01/26/09  7 DAYS          FTL-PO#32657      57166 Inv       359.83       359.83       16 DAYS
01/26/09  7 DAYS          PLA               57169 Inv     1,247.88     1,247.88       16 DAYS
01/26/09  7 DAYS          BCA               57170 Inv     1,049.27     1,049.27       16 DAYS
01/27/09  7 DAYS          SBE PREP          57176 Inv        70.00        70.00       15 DAYS
01/27/09  7 DAYS          CGB PREP          57177 Inv       452.42       452.42       15 DAYS
01/27/09  7 DAYS          JAC               57182 Inv       719.21       719.21       15 DAYS
01/27/09  7 DAYS          BIS               57183 Inv     4,056.28     4,056.28       15 DAYS
01/27/09  7 DAYS          SBE               57186 Inv     2,894.94     2,894.94       15 DAYS
01/27/09  7 DAYS          CGB               57197 Inv     1,175.17     1,175.17       15 DAYS
01/27/09  7 DAYS          NAP               57200 Inv     3,284.78     3,284.78       15 DAYS
01/27/09  7 DAYS          BIS PREP          57204 Inv       105.00       105.00       15 DAYS
01/27/09  7 DAYS          TPA PREP          57205 Inv       604.30       604.30       15 DAYS
01/27/09  7 DAYS          PGA PREP          57206 Inv       199.60       199.60       15 DAYS
01/27/09  7 DAYS          FTL PREP 32856    57207 Inv       294.55       294.55       15 DAYS
01/27/09  7 DAYS          NAP PREP          57214 Inv       709.96       709.96       15 DAYS
01/27/09  7 DAYS          BCA PREP          57220 Inv        70.00        70.00       15 DAYS
01/27/09  7 DAYS          PCR               57222 Inv     1,803.73     1,803.73       15 DAYS
01/27/09  7 DAYS          SAR               57223 Inv       949.57       949.57       15 DAYS
01/27/09  7 DAYS          TPA               57224 Inv       970.35       970.35       15 DAYS
01/27/09  7 DAYS          BHL               57231 Inv     1,468.47     1,468.47       15 DAYS
01/27/09  7 DAYS          FTL-PO#DAVID V    57258 Inv     1,314.84     1,314.84       15 DAYS
01/27/09  7 DAYS          PLANT             57259 Inv     1,721.13     1,721.13       15 DAYS
01/27/09  7 DAYS          CSP               57260 Inv       726.63       726.63       15 DAYS
```

S T A T E M E N T

FLORIDA'S FINEST SEAFOOD CO.
3628 N.W. 16th STREET
PH: (954) 585-8100 FX: (954) 585-8200
LAUDERHILL, FL 33311

```
PRINT DATE: 02/18/09                                          PAGE:    3

TO:  WHOLE FOODS MARKET-MAIN                            CUSTOMER#: 28716
     6451 N FEDERAL HIGHWAY
     SUITE 101
     FT LAUDERDALE, FL  33308

DATE      TERMS          PURCHASE ORDER    TRANS NO   TYP AMOUNT      BALANCE       OVERDUE
-------- ---------------- ----------------- ---------- --- ------------ ------------ ---------
01/27/09 7 DAYS           BCA               57261 Inv     1,402.40     1,402.40     15 DAYS
01/27/09 7 DAYS           WLL               57262 Inv     2,032.83     2,032.83     15 DAYS
01/27/09 7 DAYS           PGA               57263 Inv     1,058.98     1,058.98     15 DAYS
01/28/09 7 DAYS           BHL PREP          57175 Inv       437.43       437.43     14 DAYS
01/28/09 7 DAYS           WPK               57185 Inv     1,045.55     1,045.55     14 DAYS
01/28/09 7 DAYS           SAR PREP          57267 Inv       135.00       135.00     14 DAYS
01/28/09 7 DAYS           PCR PREP          57268 Inv        70.00        70.00     14 DAYS
01/28/09 7 DAYS           PLA PREP          57276 Inv     1,053.60     1,053.60     14 DAYS
01/28/09 7 DAYS           BIS               57279 Inv       314.11       314.11     14 DAYS
01/28/09 7 DAYS           FTL-PO#           57280 Inv     1,110.52     1,110.52     14 DAYS
01/28/09 7 DAYS           BIS PREP          57281 Inv       609.42       609.42     14 DAYS
01/28/09 7 DAYS           CGB               57292 Inv       138.52       138.52     14 DAYS
01/28/09 7 DAYS           BCA               57325 Inv       581.33       581.33     14 DAYS
01/29/09 7 DAYS           BHL               57326 Inv     2,050.59     2,050.59     13 DAYS
01/29/09 7 DAYS           BCA               57329 Inv       299.38       299.38     13 DAYS
01/29/09 7 DAYS           WLL               57335 Inv       451.02       451.02     13 DAYS
01/29/09 7 DAYS           PGA PREP          57336 Inv       254.80       254.80     13 DAYS
01/29/09 7 DAYS           WPK               57337 Inv     1,362.20     1,362.20     13 DAYS
01/29/09 7 DAYS           FTL PREP 33786    57341 Inv       379.40       379.40     13 DAYS
01/29/09 7 DAYS           BIS PREP          57344 Inv       210.00       210.00     13 DAYS
01/29/09 7 DAYS           CSP PREP          57349 Inv       159.75       159.75     13 DAYS
01/29/09 7 DAYS           BCA               57382 Inv       507.18       507.18     13 DAYS
01/30/09 7 DAYS           SBEP              57379 Inv       570.00       570.00     12 DAYS
01/30/09 7 DAYS           PCR               57388 Inv       828.32       828.32     12 DAYS
01/30/09 7 DAYS           BIS               57393 Inv       539.00       539.00     12 DAYS
01/30/09 7 DAYS           FTLPREP34146      57394 Inv       244.65       244.65     12 DAYS
01/30/09 7 DAYS           FTL-PO#34170      57395 Inv     2,934.12     2,934.12     12 DAYS
01/30/09 7 DAYS           PGA               57401 Inv     4,443.44     4,443.44     12 DAYS
01/30/09 7 DAYS           NAP               57403 Inv     2,390.38     2,390.38     12 DAYS
01/30/09 7 DAYS           SBE               57404 Inv     1,895.30     1,895.30     12 DAYS
01/30/09 7 DAYS           BCA               57450 Inv       208.87       208.87     12 DAYS
01/31/09 7 DAYS           BCA               57499 Inv       365.50       365.50     11 DAYS
01/31/09 7 DAYS           FLL-34830         57504 Inv       493.18       493.18     11 DAYS
02/03/09 7 DAYS           CGBP              57462 Inv     2,669.22     2,669.22      8 DAYS
02/03/09 7 DAYS           PCRP              57463 Inv     1,093.50     1,093.50      8 DAYS
02/03/09 7 DAYS           SBEP              57464 Inv     1,011.50     1,011.50      8 DAYS
02/03/09 7 DAYS           CSPP              57467 Inv     1,632.58     1,632.58      8 DAYS
02/03/09 7 DAYS           NAPP              57532 Inv     1,260.50     1,260.50      8 DAYS
02/03/09 7 DAYS           NAP               57533 Inv     4,886.80     4,886.80      8 DAYS
02/03/09 7 DAYS           CGB               57534 Inv     5,521.36     5,521.36      8 DAYS
02/03/09 7 DAYS                             57535 Inv     3,361.99     3,361.99      8 DAYS
02/03/09 7 DAYS           SBE               57536 Inv     3,970.39     3,970.39      8 DAYS
02/03/09 7 DAYS           BIS               57537 Inv     5,857.25     5,857.25      8 DAYS
02/03/09 7 DAYS           BISP              57538 Inv     4,305.11     4,305.11      8 DAYS
02/03/09 7 DAYS           PLA               57539 Inv     3,490.20     3,490.20      8 DAYS
02/03/09 7 DAYS           PLAP              57540 Inv       949.50       949.50      8 DAYS
02/03/09 7 DAYS           FTL-PO#35070      57541 Inv     6,166.84     6,166.84      8 DAYS
02/03/09 7 DAYS           FTLP              57542 Inv     1,614.30     1,614.30      8 DAYS
02/03/09 7 DAYS           CSP               57543 Inv     3,619.74     3,619.74      8 DAYS
```

S T A T E M E N T

FLORIDA'S FINEST SEAFOOD CO.
3628 N.W. 16th STREET
PH: (954) 585-8100 FX: (954) 585-8200
LAUDERHILL, FL 33311

PRINT DATE: 02/18/09                                                                PAGE:    4

TO:   WHOLE FOODS MARKET-MAIN                                             CUSTOMER#: 28716
      6451 N FEDERAL HIGHWAY
      SUITE 101
      FT LAUDERDALE, FL  33308

| DATE     | TERMS  | PURCHASE ORDER  | TRANS NO | TYP | AMOUNT    | BALANCE   | OVERDUE |
|----------|--------|-----------------|----------|-----|-----------|-----------|---------|
| 02/03/09 | 7 DAYS | BCA             | 57544    | Inv | 5,187.09  | 5,187.09  | 8 DAYS  |
| 02/03/09 | 7 DAYS | BCAP            | 57545    | Inv | 1,716.93  | 1,716.93  | 8 DAYS  |
| 02/03/09 | 7 DAYS | WLL             | 57546    | Inv | 2,833.00  | 2,833.00  | 8 DAYS  |
| 02/03/09 | 7 DAYS | WLLP            | 57547    | Inv | 1,784.50  | 1,784.50  | 8 DAYS  |
| 02/03/09 | 7 DAYS | PGA             | 57548    | Inv | 3,533.16  | 3,533.16  | 8 DAYS  |
| 02/03/09 | 7 DAYS | PGAP            | 57549    | Inv | 1,661.50  | 1,661.50  | 8 DAYS  |
| 02/03/09 | 7 DAYS | SAR             | 57556    | Inv | 2,340.70  | 2,340.70  | 8 DAYS  |
| 02/03/09 | 7 DAYS | TPA             | 57557    | Inv | 871.47    | 871.47    | 8 DAYS  |
| 02/03/09 | 7 DAYS | WPK             | 57558    | Inv | 2,266.90  | 2,266.90  | 8 DAYS  |
| 02/03/09 | 7 DAYS | BHL             | 57560    | Inv | 2,931.02  | 2,931.02  | 8 DAYS  |
| 02/03/09 | 7 DAYS | JAC             | 57561    | Inv | 1,903.16  | 1,903.16  | 8 DAYS  |
| 02/03/09 | 7 DAYS | BHLP            | 57563    | Inv | 1,500.00  | 1,500.00  | 8 DAYS  |
| 02/03/09 | 7 DAYS | JACP            | 57564    | Inv | 1,358.40  | 1,358.40  | 8 DAYS  |
| 02/03/09 | 7 DAYS | SARP            | 57565    | Inv | 1,154.50  | 1,154.50  | 8 DAYS  |
| 02/03/09 | 7 DAYS | TPAP            | 57566    | Inv | 928.50    | 928.50    | 8 DAYS  |
| 02/03/09 | 7 DAYS | WPKP            | 57567    | Inv | 1,154.50  | 1,154.50  | 8 DAYS  |
| 02/04/09 | 7 DAYS | DIS.CENTER-PREP | 57675    | Inv | 42,999.17 | 42,999.17 | 7 DAYS  |
| 02/06/09 | 7 DAYS | BIS             | 57735    | Inv | 1,232.46  | 1,232.46  | 5 DAYS  |

| CURRENT | PastDue1-10 | PastDue11-20 | PastDue21-30 | PastDue31-40 | PastDue40 Up | TOTAL DUE  |
|---------|-------------|--------------|--------------|--------------|--------------|------------|
| 0.00    | 128,767.74  | 118,678.91   | 74,289.46    | 0.00         | 4,618.52     | 326,354.63 |