UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

FLORIDA'S FINEST SEAFOOD CO.,

    Debtor.

_____/

CASE NO.09-11820-RBR

Chapter 11 Proceeding

FLORIDA'S FINEST SEAFOOD CO.,

    Plaintiff,

vs.

WHOLE FOODS MARKET GROUP, INC.,

    Defendant.

_____

ADV. PROC. NO.09-1897-

## DEBTOR FLORIDA'S FINEST SEAFOOD CO.'S MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE DEBTOR AND DEFENDANT WHOLE FOODS MARKET GROUP, INC.

### NOTICE

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 20 DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 9013-1(D), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION. ANY SCHEDULED HEARING MAY THEN BE CANCELED.**

    FLORIDA'S FINEST SEAFOOD CO., Debtor and Debtor-in-Possession herein ("Debtor"), by and through its counsel and pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(3) and 9019, files this Motion to Approve Settlement Agreement between the Debtor and Defendant Whole Foods Market Group, Inc. (the "Motion"), and as good cause for same, states as follows:

### I. SUMMARY OF REQUESTED RELIEF

    1.    The Debtor seeks entry of an Order approving a settlement between the Debtor and Defendant Whole Foods Market Group, Inc. ("Whole Foods"). Should the Court approve the settlement, then the Debtor will realize a substantial sum of money for the benefit of the estate.

## II. BACKGROUND

2. On February 2, 2009, the Debtor filed a Voluntary Chapter 11 Bankruptcy Petition with this Court. The Debtor has continued in possession and management of its property as a Debtor-in-Possession.

3. Prior to the commencement of this bankruptcy case, the Debtor owned and operated a commercial wholesale distribution center for seafood products, with the Debtor's clients being primarily food markets and restaurants.

4. One of the Debtor largest customers was the Defendant Whole Foods, and its umbrella of subsidiaries and divisions. Whole Foods operates higher end food markets throughout the State of Florida, and elsewhere. The Debtor would not only sell product to Whole Foods, but the Debtor would also purchase product from Whole Foods, or one of its subsidiaries or divisions.

5. With respect to product that the Debtor sold to Whole Foods, both for product shipped before the commencement of the Chapter 11 case, and for a short time thereafter, according to the Debtor's records, Whole Foods owed the Debtor the combined sum of $326,354.63.

6. Regarding product that was sold to the Debtor by Whole Foods, or its subsidiaries or divisions, Whole Foods filed a claim in this Chapter 11, dated July 6, 2009, assigned claim number 66, which indicates the Debtor owes the total sum of $701,608.75. This proof of claim indicated that of the total claim, there existed a secured claim of $29,120.61 representing a setoff.

7. After the Debtor's demand for payment on the amounts due it were not answered, the Debtor commenced the instant adversary proceeding. Almost immediately after service of the Complaint herein, the parties began negotiating a settlement of the claims being made by the Debtor against Whole Foods.

## III. THE SETTLEMENT

8. The Debtor and Whole Foods have agreed to settle the claims that the Debtor has made against Whole Foods in this adversary proceedings. After some accountings were performed by both parties, and reviewed, it was determined that the matter should be settled as follows: Whole Foods will pay a

combined amount of $296,666.53 to the Debtor in full satisfaction of the claims being made in this adversary proceedings. Whole Foods will retain the sum of $29,120.61 as full satisfaction of the set off claim as reflected in the proof of claim. The Debtor has reviewed documentation from Whole Foods, that satisfies the Debtor that Whole Foods is entitled to the set off. Whole Foods will, within 10 days of the Court approving this settlement, amend its proof of claim to indicate that the set off claim has been satisfied, which will result in a reduction of the total claim due to this creditor. Whole Foods has already paid the settlement amount to the Debtor. Attached to this Motion and made a part hereof, are a string of e-mails between counsel to the parties hereto, that memorializes the settlement.

9. Given the uncertainty and expense associated with litigation, and the fact that the Debtor has collected substantially all of the monies due it, the Debtor desires to accept the settlement In fact, excluding the satisfaction of the set off claim, the funds received by Whole Foods appear to be just $567.49 short of what the Debtor believes the entire receivable claim is worth. Thus, the payment represents almost complete recovery, with little legal expense associated with the collection.

## IV. SETTLEMENT STANDARD

10. Bankruptcy Rule 2002(a)(3) provides, in pertinent part, "[E]xcept as provided . . . the Clerk or some other person as this Court may direct, shall give the Debtor, the Trustee, all creditors, and indenture Trustees at least 20 days notice by mail of the hearing on approval of the compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d), unless the court, for cause shown, directs that notice not be sent."

11. As this Court previously found, "approval of a settlement in a bankruptcy proceeding is within the sound discretion of the Court, and will not be disturbed or modified on appeal unless approval or disapproval is an abuse of discretion." In Re: Arrow Air, Inc., 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988), citing In Re: Jackson Brewing Co., 624 F.2d 599, 602-03 (5th Cir. 1980); In Re: Teltronics Servs., Inc., 762 F.2d 185, 189 (2d Cir. 1985); In Re: Southeast Banking Corp., 314 B.R. 250, 271-72 (Bankr. S.D. Fla. 2004).

12. The test is whether the proposed settlement "falls below the 'lowest point in the range of

-4-

reasonableness.'" In Re: Arrow Air, Inc., 85 B.R. at 891, citing In Re: Teltronics Servs., Inc., 762 F.2d at 189; In Re: Southeast Banking Corp., 314 B.R. at 272.

13. According to the United States Eleventh Circuit Court of Appeals, when a Bankruptcy Court decides whether to approve or disapprove a proposed settlement, it must consider:

(a) the probability of success in the litigation;

(b) the difficulties, if any, to be encountered in the matter of collection;

(c) the complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attending it; and

(d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

In Re: Justice Oaks II, Ltd., 898 F.2d 1544 (11th Cir. 1990). See also, In Re: Jackson Brewing, 624 F.2d at 602; In Re: Southeast Banking Corp., 314 B.R. at 272.

14. The Debtor submits that the instant settlement meets the criteria described above. The settlement was the product of extensive negotiation between sophisticated parties represented by counsel, and avoids the time, expense, and uncertainty of continued litigation. The Settlement provides for almost 100% affirmative recovery for the benefit of the estate, while reducing the administrative legal expense of litigation.

## V. **RELIEF REQUESTED**

15. Accordingly, the Debtor seeks the entry of an Order approving the Settlement Agreement.

**WHEREFORE**, the Debtor respectfully request this Honorable Court enter an order (1) granting the instant Motion; (2) approving the Settlement Agreement by and between the Debtor and Whole Foods Market Group, Inc.; and (3) granting such other and further relief as this Court deems just and proper under the circumstances.

-5-

**I HEREBY CERTIFY** that on **October 9, 2009**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        BEHAR, GUTT & GLAZER, P.A.
        Attorneys for Debtor
        2999 N.E. 191st Street, Fifth Floor
        Aventura, Florida 33180
        Telephone: (305) 931-3771
        Fax: (305) 931-3774

        By: **S/ Brian S. Behar**
            BRIAN S. BEHAR / FBN: 727131
            ROBERT J. EDWARDS /FBN: 007544

Case 09-01897-RBR    Doc 11    Filed 10/09/09    Page 6 of 13

-6-

## FLORIDA'S FINEST SEAFOOD SERVICE LIST

Office of the U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130

ABC Seafood Distribution, Inc.
P.O. Box 227036
Miami, Florida 33222

AFLAC
Attn. Remittance Proc. Svc.
1932 Wynnton Road
Columbus, Georgia 31999

Alfa International
7850 N.W. South River Drive
Medley, Florida 33166

Ally K. Enterprise Corp.
406 N. Boulevard West
Davenport, Florida 33837

American Airlines Cargo
P.O. Box 2994
Carol Stream, Illinois 60132

American Mussel Harvesters
P.O. Box 6208
Providence, Rhode Island 02940

Aquanor Marketing, Inc.
2 Foodmart Road
Boston, Massachusetts 02118

AT&T
P.O. Box 105503
Atlanta, Georgia 30348

AT&T
P.O. Box 78522
Phoenix, Arizona 85062

AT&T
P.O. Box 105262
Atlanta, Georgia 30348

Australis Aquaculture
One Australia Way
Turners Falls, Massachusetts 01376

Avaya, Inc.
P.O. Box 93000
Chicago, Illinois 60673

BB&T Equipment Finance
P.O. Box 580155
Charlotte, North Carolina 28258

Bemka Corp.
2801 SW 3 Avenue, Suite F-11-A
Fort Lauderdale, Florida 33315

Big Blue Ocean
400 Jericho Turnpike
Jericho, New York 11753

Bon Bini Cargo Services
P.O. Box 59
Wayaca #45
Oranjestad, Aruba

Broward Cnty Rev. Collector
P.O. Box 29009
Fort Lauderdale, Florida 33301

Capecod, Inc.
29-31 Boston Fish Pier
Boston, Massachusetts 02210

Captain Kirk's
629 8th Street South
Naples, Florida 34102

Captain's Pack Products
7135 Minstrel Way, #203
Columbia, Maryland 21045

BEHAR, GUTT & GLAZER, P.A.   2999 N.E. 191ST STREET, FIFTH FLOOR, AVENTURA, FLORIDA 33180
DADE: 305-931-3771 • BROWARD: 954-733-7030 • PALM BEACH: 561-347-7160 • DADE FAX: 305-931-3774 • PALM BEACH FAX: 561-347-7164

Carlos Seafood
4041 N.W. 28th Street
Miami, Florida 33142

Cayman Airways
P.O. Box 10092APO
Grand Cayman, CI WI

Censea
1845 Oak Street, Suite One
Northfield, Illinois 60093

Central Station Signals
4015 S.W. 1st Street
Plantation, Florida 33317

Channel Fish Processing
P.O. Box 847109
Boston, Massachusetts 02284

Cintas Corp. #017
1111 N.W. 209th Avenue
Pembroke Pines, Florida 33029

Clamtastic
P.O. Box 517
Cedar Key, Florida 32625

Crystal Springs Water Co.
P.O. Box 660579
Dallas, Texas 75266

Delta Air Lines
P.O. Box 933941
Atlanta, Georgia 31193

E&R Int'l. Seafood
P.O. Box 41-4514
Miami Beach, Florida 33141


Empire Seafood
3595 N.W. 125th Street
Miami, Florida 33167

FCCI Insurance Co.
P.O. Box 58005
Sarasota, Florida 34232

Federal Express
P.O. Box 94515
Palatine, Illinois 60094

Fishbusterz Fisheries
P.O. Box 169
Key West, Florida 33040

Fishbusterz Madeira Beach
13605 Gulf Boulevard
Madeira Beach, Florida 33708

Fleet Fisheries, Inc.
20 Blackmer Street
New Bedford, Massachusetts 02744

Ford Motor Credit
P.O. Box 239580
Las Vegas, Nevada 89105

Gamma Seafood, Inc.
7850 N.W. South River Drive
Medley, Florida 33166

Gedaman Network
5720 Hood Street
Hollywood, Florida 33021

Global Seafood Procurement Inv
125 Cambridge Park Drive, 5th Floor
Cambridge, Massachusetts 02140

GMAC Insurance Co.
500 W. Fifth Street
Winston-Salem, North Carolina 27102

GMAC Payment Processing
P.O. Box 9001951
Louisville, Kentucky 40209

Go Gas
3301 Burnt Mill Drive
Wilmington, North Carolina 28403

Grammar Products, Inc.
2731 N.W. 104th Court
Miami, Florida 33172

Great American Smoked
1400 S.W. 1st Court
Pompano Beach, Florida 33069

Great Eastern Seafood
14 Foodmart Road
Boston, Massachusetts 02118

Great Oceans
400 Jericho Turnpike
Jericho, New York 11753

Harbor Fish
9 Custom House Wharf
Portland, Maine 04101

Hitachi Capital America Corp.
c/o Gordon A. Dieterle, Esq.
McClosky, D'Anna & Dieterle, LLP
2300 Glades Road, Suite 400 East
Boca Raton, FL 33431

Hollywood Janitorials
500 W. Dixie Highway
Hollywood, Florida 33020

Incredible Fish
P.O. Box 522775
Miami, Florida 33152

Internal Revenue Service
SPF - Bankruptcy
P.O. Box 17167, Stop 5760
Attn: Bankruptcy Unit
Fort Lauderdale, Florida 33318

Intersea Fisheries, Ltd.
P.O. Box 827980
Philadelphia, Pennsylvania 19182

Janiking
P.O. Box 100649
Atlanta, Georgia 30384

JC Seafood, Inc.
P.O. Box 227993, Suite 211
Miami, Florida 33222

John Keeler & Co., Inc.
3000 N.W. 109th Avenue
Miami, Florida 33172

Kendell
P.O. Box 1209
East Greenwich, Rhode Island 33122

Kona Blue Water Farms, LLC
P.O. Box 638
San Francisco, California 94104

Lawrence Weinberg
850 W. 43rd Court
Miami Beach, Florida 33140

Leavins Seafood
P.O. Box 596
Apalachicola, Florida 32329

Lee Fish USA
1060 W. Florence Avenue
Inglewood, California 90301

LRC Products, Inc.
2724 N.W. 29th Terrace
Oakland Park, Florida 33311

Madimax
3628 N.W. 16th Street
Lauderhill, Florida 33311

Marumi Products, Inc.
9737 N.W. 41st Street, Suite 449
Miami, Florida 33178

Mirsa Seafood
1177 N.W. 81st Street
Miami, Florida 33150

Moon's Seafood Co.
2513 Woodfield Circle
West Melbourne, Florida 32904

Neighborhood Health Partners I
P.O. Box 538622
Atlanta, Georgia 30353

Nissan Motor Acceptance Corp.
P.O. Box 650679
Dallas, Texas 75265

NYS Child Support Processing
P.O. Box 15363
Albany, New York 12212

Ocean Beauty Seafood
P.O. Box 53236
Los Angeles, California 90053

Orca Bay Seafoods
900 Powell Avenue, S.W.
Renton, Washington 98055

Orion
P.O. Box 779
Portsmouth, New Hampshire 03802

Pacific Coral Seafood
P.O. Box 116103
Atlanta, Georgia 30368

Pacific Seafood Int. Corp.
P.O. Box 526361
Miami, Florida 33152

Packaging Products
P.O. Box 845409
Boston, Massachusetts 02284

Paul Barnett Seafood, Inc.
P.O. Box 630446
Ojus, Florida 33163

Pescanova, Inc.
201 Alahambra Circle, Suite 701
Coral Gables, Florida 33134

Pigeon Cove Whole Foods Market
11-15 Parker Street
Gloucester, Massachusetts 01930

Preferred Freezer Services
P.O. Box 126158
Hialeah, Florida 33012

RBC Centura Bank
Lending Service Center
PO Box 1220
Rocky Mount, NC 27802

RBC Centura Bank
101 NE 3rd Avenue
Suite 1410
Ft. Lauderdale, FL 33301

Reliant Fish Co.
7901 Oceano Avenue
Jessup, Maryland 20794

Ridium Technologies
795 Karst Stage Loop
Gallatin Gateway, Montana 59730

Salty Seas
1500 Maple Avenue
Melbourne, Florida 32935

Santec/Swisher
P.O. Box 473526
Charlotte, North Carolina 28247

Sedna Seafoods, LLC
2266 Pawtucket Avenue
East Providence, Rhode Island 02914

Select Europe
P.O. Box 470783
Celebration, Florida 34747

Select Fish, LLC
5980 First Avenue South
Seattle, Washington 98108

Shackelford Seafood
P.O. Box 232
Achillea, Virginia 23001

Shells & Fish
3403 N.W. 82nd Avenue, Suite 300
Miami, Florida 33122

Slade Gorton & Co., Inc.
P.O. Box 31312
Hartford, Connecticut 06150

Sno White Floor Mat Systems
P.O. Box 221630
Hollywood, Florida 33022

South Bay
1305 Artic Avenue
Bohemia, New York 11716

Southwest Airlines
P.O. Box 97390
Dallas, Texas 75397

Spence & Co. Limited
76 Campanelli Ind. Drive
Brockton, Massachusetts 02301

Spring PCS
P.O. Box 4181
Carol Stream, Illinois 60197

St. James Smokehouse
3109 Grand Avenue, #216
Miami, Florida 33133

Stavis Seafoods
Ste. 305, Fish Pier Bldg.
W. 212 Northern Avenue
Boston, Massachusetts 02210

Stratasea
2501 S.W. 31st Street
Fort Lauderdale, Florida 33312

The Seafood Merchants
900 Forest Edge Drive
Corporate Woods
Vernon Hills, Illinois 60061

The Town Dock
P.O. Box 608
Narragansett, Rhode Island 02882

Thermal Dynamics
7792 N.W. 54th Street
Miami, Florida 33166

Trident Seafoods Corp.
P.O. Box 952517
St. Louis, Missouri 63195

Tropical Aquaculture
P.O. Box 6311
Rutland, Vermont 05702

Twin Tails Seafood Corp.
P.O. Box 673304
Detroit, Michigan 48267

U.S. Dept. of Commerce
P.O. Box 979008
St. Louis, Missouri 63197

Wanchese Fish Co., Inc.
2000 Northgate Commerce
Suffolk, Virginia 23435

Waste Management
P.O. Box 9001054
Louisville, Kentucky 40290

Wells Fargo Equipment Finance
c/o Noel R. Boeke, Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Wellshire Farms, Inc.
P.O. Box 310
Swedesboro, New Jersey 08085

WFM Select Fish, Inc.
5980 First Avenue South
Seattle, Washington 98108

Worldwide Wholesale Forklifts
268 S.W. 32nd Court
Fort Lauderdale, Florida 33315

XOXO Communications
14242 Collections Ctr. Drive
Chicago, Illinois 60693

Moody, Jones, Ingino & Morehead, P.A.
1333 S. University Drive
Suite 201
Plantation, Florida 33324

Chad S. Paiva, Esq.
Greenspoon Marder, P.A.
One Clearlake Centre
Suite 700
250 South Australian Avenue
West Palm Beach, Florida 33401

Evan B. Klinek, Esq.
Greenspoon Marder, P.A.
100 West Cypress Creek Road
Suite 700
Ft. Lauderdale, Florida 33309

Zach B. Shelomith
Leiderman Shelomith, P.A.
2699 Stirling Road
Suite C401
Fr. Lauderdale, Florida 33312

Broward County Revenue Collection Division
Bankruptcy & Litigation Seciton
Government Annex
Jeffrey J. Newton, Esq.
115 South Andrews Avenue
Fort Lauderdale, Florida 33301

Brian,

I forwarded to my client the copy of invoice no. 57566 which you provided. Although someone has signed the invoice, there is no Whole Foods stamp to indicate that the signer was a Whole Foods representative and that the product was therefore delivered. I have a check for an additional $12,251.75 which I can deliver to your office, resulting in total payments of $296,666.53 towards your client's claim. Subtracting the setoff claim of $29,120.61, and the $99.80 for previously-paid invoice 51961, leaves a small balance (per your client's records) of $567.49. I therefore suggest that the parties settle the case upon delivery of the $12,351.55 check. Please discuss with your client and, if acceptable, let me know whether you prefer to settle the case by stipulation or by simple dismissal of the adversary case with prejudice. Once resolved, Whole Foods will of course file an amended claim in the main proceeding without the secured setoff claim.

Regards,

Niall McLachlan
Carlton Fields, PA
100 S.E. Second Street
Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Direct Line: (305) 539-7243
Facsimile: (305) 530-0055
<blocked::mailto:530-0055nmclachlan@carltonfields.com>
nmclachlan@carltonfields.com

Confidential: This e-mail contains a communication protected by the work product doctrine and/or attorney-client privilege. If you do not expect such a communication from Niall McLachlan, please delete this message without reading it or any attachment, and notify the sender at the above listed email of this inadvertent misdelivery.

| | |
|---|---|
| **From:** | "McLachlan, Niall" <nmclachlan@carltonfields.com> |
| **To:** | "Brian Behar" <bbehar@bgglaw.com> |
| **CC:** | "Smith, David" <dsmith@carltonfields.com> |
| **Date:** | 10/8/2009 5:37 PM |
| **Subject:** | RE: Florida's Finest and Whole Foods |
| **Attachments:** | RE: Florida's Finest and Whole Foods |

Brian,

I know that the pretrial conference is scheduled for next Tuesday at 9:30. I will actually be out of town next week, but my partner David Smith, who I have copied with this email, will attend if the hearing has not been cancelled due to submission of a motion to approve settlement. Please send the motion and any other proposed documentation to David and I at your earliest convenience.

It has been a pleasure working with you.

Regards,

Niall McLachlan
Carlton Fields, PA
100 S.E. Second Street
Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Direct Line: (305) 539-7243
Facsimile: (305) 530-0055
nmclachlan@carltonfields.com

Confidential: This e-mail contains a communication protected by the work product doctrine and/or attorney-client privilege. If you do not expect such a communication from Niall McLachlan, please delete this message without reading it or any attachment, and notify the sender at the above listed email of this inadvertent misdelivery.

-----Original Message-----
From: Brian Behar [mailto:bbehar@bgglaw.com]
Sent: Thursday, October 08, 2009 9:22 AM
To: McLachlan, Niall
Subject: Re: Florida's Finest and Whole Foods

we will accept your offer to settle. send to my attention the check you refer to. because we are settling claims (even if small) I will prepare a motion to approve the settlement. you will also need to amend your claim to reduce it for the amount of the set off. thanks for your cooperation in this matter

Brian S. Behar, Esq.
Behar, Gutt & Glazer, P.A.
2999 NE 191st Street
Fifth Floor
Aventura, FL 33180
Tel:    (305) 931-3771
Fax:   (305) 931-3774
E-mail:  bsb@bgglaw.net
Website:  www.bgglaw.net
====================================
====================================

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential or legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message from your computer and destroy all copies of the original message.

>>> "McLachlan, Niall" <nmclachlan@carltonfields.com> 10/7/2009 2:07 PM
>>>